## Oneida County Court.

October, 1897.

### PEOPLE v. ALVIN H. BLISKEY.

**DISORDERLY PERSON—EVIDENCE.**

> On a prosecution for being a disorderly person in not supporting his wife, defendant may show that she had been unfaithful to her marriage vows, and that, by reason of her adultery, he was not obliged to support her.

Appeal from a judgment, convicting defendant of being a disorderly person in not supporting his wife.

J. Frank Rogers, for appellant.

F. H. Hazard, for respondent.

DUNMORE, J.—The defendant was convicted in the court below of being a disorderly person in not supporting his wife, the complainant. The defendant attempted to show that the complainant had been unfaithful to her marriage vows, and that by reason of her adultery he was not oblige to support her. All evidence tending to establish this defense was objected to by the people and excluded by the court. This was error, for which the conviction of defendant must be reversed. People v. Brady. 13 Misc. Rep. 294. 34 N. Y. Supp. 1118; 2 Wait, Law & Prac. 330; 2 Bish. Mar., Div. & Sep. (Ed. 1891) § 1228; Culley v. Charman, 7 Q. B. Div. 89; Rex v. Flintan, 1 Barn. & Adol. 227; State v. Schweitzer, 57 Conn, 532, 18. Atl. 787; Carney v. State, 4 South. 84 Ala. 7.

Judgment reversed.